| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:21-CV-444 F (2)** |
| **ASSUMPTION HIGH SCHOOL**<br>**and ASSUMPTION PARISH SCHOOL BOARD** | **JUDGE MARTIN LC FELDMAN**<br>**MAGISTRATE JUDGE DONNA**<br>**PHILLIPS CURRAULT** |

## ANSWER AND AFFIRMATIVE DEFENSES TO RECONVENTIONAL DEMAND

NOW INTO COURT, through undersigned counsel, comes Defendant-in-Counterclaim, Utopian Wireless Corporation ("Utopian"), who submits this Answer and Affirmative Defenses to the Counterclaim [Rec. Doc. 18] by Plaintiffs-in-Counterclaim, Assumption High School and Assumption Parish School Board (collectively, "Assumption"), and avers as follows:

## FIRST AFFIRMATIVE DEFENSE

Utopian satisfied, and did not breach, the terms of the Educational Broadband Service Lease Agreement (the "Lease").

## SECOND AFFIRMATIVE DEFENSE

Assumption fails to state a claim against Utopian upon which relief can be granted.

And now, answering the individual allegation contained in Assumption's Reconventional Demand, Utopian responds as follows:

### 1.

Assumption's un-numbered Reconventional Demand states a legal conclusion that does not require a response from Utopian. To the extent a response is deemed required, Utopian denies the allegations. Utopian further avers that the Lease is the best evidence of its terms.

WHEREFORE, Utopian prays that its Answer and Affirmative Defenses be deemed good and sufficient and that, after due proceedings be had, there be a judgment in its favor dismissing Assumption's Counterclaim; that Utopian be awarded costs of suit; and such other general and equitable relief as this Court deems appropriate.

Respectfully submitted,

_/s/ *James M. Garner*_____
JAMES M. GARNER, #19589
RYAN O. LUMINAIS #30605
CURTIS J. CASE #39413
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
rluminais@shergarner.com
ccase@shergarner.com
**ATTORNEYS FOR UTOPIAN**
**WIRELESS CORPORATION**