UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
REALLOTMENT OF SECTION F CASES

## **GENERAL ORDER**

Due to the recent passing of the Honorable Martin L.C. Feldman,

**IT IS ORDERED** that the Clerk of Court is hereby **DIRECTED** to randomly reallot

pending Section F civil and criminal cases for further handling.

## **CRIMINAL ACTION CASES:**

| 78-285 | USA v. Manuel Javier Restrepo |
|---|---|
| 83-166 | USA v. Thomas Paul Gray, et al |
| 84-360 | USA v. Frankie Lee Kinchen, et al |
| 86-182 | USA v. Frederick A. Pou, Jr. |
| 87-200 | USA v. Louis Solares, et al |
| 87-465 | USA v. Anthony Joseph Varca, et al |
| 92-210 | USA v. Manuel Francisco Rebolledo Tenorio, et al |
| 98-175 | USA v. Terrance Kasses Washington, et al |
| 99-354 | USA v. Gregory Joseph Hernandez, et al |

| | |
|---|---|
| 00-316 | USA v. Evaristus B. Mackey, Jr.  *(closed case)* |
| | |
| 07-143 | USA v. William Reed  *(closed case)* |
| | |
| 03-346 | USA v. Brian Nickles  *(closed case)* |
| | |
| 09-46 | USA v. Kenwuane Moore, et al  *(closed case)* |
| | |
| 09-166 | USA v. Tehran Michael Wills, et al  *(closed case)* |
| | |
| 09-398 | USA v. Tony Simmons, et al  *(closed case)* |
| *Related Civil Case* 20-2619 | Theron Jones v. USA  *(28 U.S.C. 2255)* |
| | |
| 12-259 | USA v. Lance Givens, et al  *(closed case)* |
| | |
| 13-104 | USA v. Terrill Baker  *(closed case)* |
| | |
| 13-170 | USA v. Erick Garrison  *(closed case)* |
| | |
| 13-208 | USA v. Allison Chriswell, et al  *(closed case)* |
| | |
| 14-22 | USA v. Peter M. Hoffman, et al  *(closed case)* |
| | |
| 17-169 | USA v. Tony Lam  *(closed case)* |
| | |
| 17-207 | USA v. Keith A. James  *(closed case)* |
| *Related Civil Case* 21-2199 | Keith A. James v. USA  *(28 U.S.C. 2255)* |
| | |
| 18-211 | SEALED |
| | |

| | |
|---|---|
| 19-25 | USA v. Jeffrey Wise, et al |
| 19-38 | USA v. Rafael Molina, et al |
| 19-108 | USA v. Hakeam Drane, et al |
| 19-214 | USA v. Andrew Payton |
| 19-241 | USA v. Byron Lackings |
| 20-55 | USA v. Jason R. Williams, et al |
| *Related Criminal Case*<br>20-139 | USA v. Nicole E. Burdett |
| 20-56 | USA v. Demetrius Lamont Fiorentino, Jr. |
| 20-111 | USA v. Alton Cooks |
| 21-3 | USA v. Ritchel Morehead |
| 21-14 | USA v. Christopher May |
| 21-30 | USA v. Betty Arrington |
| 21-43 | USA v. Dominic Romano |
| 21-100 | USA v. Odai Wireless, LLC |
| 21-110 | USA v. Ashley McGowan, et al |
| 21-120 | USA v. Brian Tardy |

| | |
|---|---|
| 21-142 | USA v. Nelson Raymond |
| | |
| 21-150 | USA v. Calvin Batiste |
| | |
| 21-151 | SEALED |
| | |
| 21-162 | USA v. Travis Carter |
| | |
| 22-8 | SEALED |

## CIVIL ACTION CASES:

| | |
|---|---|
| 65-16173 | Banks et al v. St James Parish School Board et al |
| | |
| 11-1200 | Hebert v. BP America, Inc. et al |
| | |
| 13-1018 | Keller v. BP Exploration & Production, Inc. et al |
| | |
| 13-1802 | DeAgano et al v. BP Exploration & Production, Inc et al |
| | |
| 13-3928 | Kendrick v. BP Exploration & Production Inc et al |
| | |
| 17-2674 | Granier v. BP p.l.c. et al |
| | |
| 17-3020 | Anderson v. BP Exploration & Production, Inc. et al |
| | |
| 17-3054 | Bowens v. BP Exploration & Production, Inc. et al |
| | |
| 17-3087 | Broadway v. BP Exploration & Production, Inc. et al |
| | |
| 17-3128 | Coleman v. BP Exploration & Production, Inc. et al |

| 17-3139 | Darrington v. BP Exploration & Production, Inc. et al |
|---------|------------------------------------------------------|
| 17-3225 | Turner v. BP Exploration & Production, Inc. et al |
| 17-3230 | Wynne et al v. BP Exploration & Production, Inc. et al |
| 17-3232 | Howell v. BP America Production Company et al |
| 17-3265 | Harris v. BP Exploration & Production, Inc. et al |
| 17-3267 | Harris v. BP Exploration & Production, Inc. et al |
| 17-3291 | Huynh v. BP Exploration & Production, Inc. et al |
| 17-3294 | Jackson v. BP Exploration & Production, Inc. et al |
| 17-3299 | Jackson v. BP Exploration & Production, Inc. et al |
| 17-3300 | Jacobs v. BP Exploration & Production, Inc. et al |
| 17-3314 | Kenner v. BP Exploration & Production, Inc. et al |
| 17-3320 | Lawton v. BP Exploration & Production, Inc. et al |
| 17-3324 | Leverette v. BP Exploration & Production, Inc. et al |
| 17-3379 | McClendon v. BP Exploration & Production, Inc. et al |
| 17-3396 | McMillan v. BP Exploration & Production, Inc. et al |
| 17-3400 | Minton v. BP Exploration & Production, Inc. et al |

| 17-3443 | Abdelfattah v. BP Exploration & Production, Inc. et al |
|---------|----------------------------------------------------------|
| 17-3510 | Brister v. BP Exploration & Production, Inc. et al |
| 17-3527 | Crumpton v. BP Exploration & Production, Inc. et al |
| 17-3573 | Moore v. BP Exploration & Production, Inc. et al |
| 17-3576 | Moore v. BP Exploration & Production, Inc. et al |
| 17-3598 | Peschlow v. BP Exploration & Production, Inc. et al |
| 17-3634 | Bean v. BP Exploration & Production, Inc. et al |
| 17-3646 | Chatman v. BP Exploration & Production, Inc. et al |
| 17-3650 | Conley v. BP Exploration & Production, Inc. et al |
| 17-3990 | Fleming v. BP Exploration & Production, Inc. et al |
| 17-3996 | Giusti v. BP Exploration & Production, Inc. et al |
| 17-4072 | McKay v. BP Exploration & Production, Inc. et al |
| 17-4076 | O'Neal v. BP Exploration & Production, Inc. et al |
| 17-4077 | Packer v. BP Exploration & Production, Inc. et al |
| 17-4142 | Brown v. BP Exploration & Production, Inc. et al |
| 17-4224 | Wells v. BP Exploration & Production, Inc. et al |

| 17-4240 | Woodland v. BP Exploration & Production, Inc. et al |
|---|---|
| 17-4250 | Smith v. BP Exploration & Production, Inc. et al |
| 17-4254 | Spencer v. BP Exploration & Production, Inc. et al |
| 17-4267 | Toler v. BP Exploration & Production, Inc. et al |
| 17-4277 | Williams v. BP Exploration & Production, Inc. et al |
| 17-4281 | Phillips v. BP Exploration & Production, Inc. et al |
| 17-4298 | Watts v. BP Exploration & Production, Inc. et al |
| 17-4313 | Davis v. BP Exploration & Production, Inc. et al |
| 17-4335 | Graves v. BP Exploration & Production, Inc. et al |
| 17-4336 | Gray v. BP Exploration & Production, Inc. et al |
| 17-4350 | Haynes v. BP Exploration & Production, Inc. et al |
| 17-4357 | Hinton v. BP Exploration & Production, Inc. et al |
| 17-4365 | Isom v. BP Exploration & Production, Inc. et al |
| 17-4383 | Jones v. BP Exploration & Production, Inc. et al |
| 17-4391 | Kirkland v. BP Exploration & Production, Inc. et al |
| 17-4424 | Martin vs. BP Exploration & Production, Inc., et al |

| | |
|---|---|
| 17-4448 | Mills v. BP Exploration & Production, Inc. et al |
| 17-4536 | Robinson v. BP Exploration & Production, Inc. et al |
| 17-4554 | Scott et al v. BP Exploration & Production, Inc. et al |
| 17-4586 | Smith v. BP Exploration & Production, Inc. et al |
| 17-4597 | Willis v. BP Exploration & Production, Inc. et al |
| 17-4611 | Thompson v. BP Exploration & Production, Inc. et al |
| 17-4645 | Walker v. BP Exploration & Production, Inc. et al |
| 17-7668 | Taylor et al v. Denka Performance Elastomer LLC et al |
| *Consolidated with* <br> 18-5739 | Gerard v. Denka Performance Elastomer LLC et al  *(closed case)* |
| 17-9703 | Richard v. St Tammany Parish Sheriff Department |
| 18-2851 | Turner et al v. Cook et al |
| 18-4026 | In Re: Carriere   *(closed case)* |
| *Consolidated with* <br> 18-10089 | Taylor et al v. Fulton et al |
| 18-5217 | Plaquemines Parish v. Riverwood Production Company, Inc., et al *(closed case)* |
| 18-6685 | Butler v. Denka Performance Elastomer LLC et al |
| 18-9112 | SEALED |

| 18-11661 | Hughes v. Vannoy et al  *(closed case)* |
|---|---|
| | |
| 19-9310 | White v. Dynamic Industries, Inc. |
| | |
| 19-11106 | Thames v. Marquette Transportation Company Offshore, LLC |
| | |
| 19-11202 | Ramos v. Iron Mountain Secure Shredding, Inc. et al |
| | |
| 19-11686 | Jenkins v. BP Exploration & Production, Inc. et al |
| | |
| 19-11954 | Mullen v. Daigle Towing Service, LLC |
| | |
| 19-12233 | Guidry et al v. Dow Chemical Company et al |
| | |
| 19-12633 | Orleans Shoring, LLC v. E. Cornell Malone Corp. et al |
| | |
| 19-13298 | Mitchell et al v. Parish of Jefferson et al |
| | |
| 19-13381 | Bridges et al v. Guy et al |
| | |
| 19-13929 | Ross v. Ports America Gulfport, Inc. et al |
| | |
| 19-13949 | Johnson, et al v. Gusman, et al |
| | |
| 19-13950 | Riley v. Cantrell, et al |
| | |
| 20-48 | Fradella et al v. Dillard Department Stores, Inc. |
| | |
| 20-214 | Schambach et al v. Mandeville City et al |
| | |
| 20-293 | In Re: In the Matter of Callais & Sons, LLC |
| | |

| | |
|---|---|
| 20-414 | Caytrans Project Services Americas, Ltd v. BBC Chartering & Logistics GmbH & Co. KG |
| 20-633 | SEALED |
| 20-757 | United States of America v. Favalora Constructors, Inc. |
| 20-1173 | Minckler v. Waterman Steamship Corporation et al |
| 20-1671 | Simmons v. United States of America |
| 20-2259 | Turner v. Grand Isle Shipyard, LLC et al |
| 20-2313 | Cayce v. BP Exploration & Production, Inc. et al |
| 20-2323 | Acosta et al v. Denka Performance Elastomer LLC et al |
| 20-2440 | De Souza v. LVNV Funding LLC |
| 20-2503 | Wyatt v. Union Pacific Railroad Company |
| 20-2546 | Lewis v Marriott Corporation et al |
| 20-2641 | Singleton v. Honeycutt et al |
| 20-2768 | Dabney et al v. United Services Automobile Association |
| 20-2813 | Fikes v. Regional Freightways, LLC et al |
| 20-2879 | Twiggs v. University of Holy Cross |
| 20-2920 | Courcelle v. Social Security Administration |

| | |
|---|---|
| 20-3012 | Turn Services, L.L.C. v. Gulf South Marine Transportation, Inc. |
| 20-3147 | Barrosse v. National Railroad Passenger Corporation, et al |
| 20-3192 | Kingsbery v. David Paddison, Attorney-at-Law LLC et al |
| 21-17 | Bilderback v. Hartford Life and Accident Insurance Company |
| 21-35 | Levens v. Gaspard et al |
| 21-80 | Lou et al v. Lopinto et al |
| 21-109 | Galan v. Deepwater Horizon Medical Benefits Settlement Claims Administrator et al |
| 21-184 | Young v. Richard et al |
| 21-245 | Morris v. Progressive Casualty Insurance Company |
| 21-254 | Doucet v. Vannoy et al |
| 21-298 | Starks v. PC Baywood, LLC et al |
| 21-356 | Bryant v. Aetna Life Insurance Company |
| 21-364 | Doe v. Administrators of the Tulane Educational Fund |
| 21-444 | Utopian Wireless Corporation v. Assumption High School et al |
| 21-485 | Wright v. Louisiana State et al |
| 21-493 | Townley v. Forest River, Inc. et al |

| | |
|---|---|
| 21-609 | Hatty v. Children's International, L.L.C. |
| 21-646 | Mohammed v. Williams et al |
| 21-664 | Turner v. Board of Supervisors of the University of Louisiana System et al |
| 21-840 | Cooley v. Social Security Administration |
| 21-993 | Strickney v. DMC Towing, LLC et al |
| 21-999 | Verret v. Low Land Construction Co., Inc. |
| 21-1028 | Arrowood Indemnity Company v. St. Joseph's Roman Catholic Church |
| 21-1205 | Lasage v. Meyers |
| 21-1251 | AMCO Insurance Company v. P.F. Chang's China Bistro, Inc. |
| 21-1266 | Williams v. Enterprise Offshore Drilling, LLC |
| 21-1282 | Jolla v. DG Louisiana, LLC et al |
| 21-1338 | Adams et al v. Amec Foster Wheeler USA Corporation et al |
| 21-1346 | Clement v. Crosby Tugs, LLC et al |
| 21-1349 | In Re: In the Matter of Cenac Towing Co., LLC |
| *Consolidated with*<br>21-1372 | In Re: In the Matter of the Complaint of Kirby Inland Marine, LP |
| *Consolidated with*<br>21-1406 | In Re: In the Matter of Florida Marine, LLC |

| | |
|---|---|
| 21-1419 | Lawson v. BP Exploration & Production, Inc. et al |
| 21-1422 | Guillotte v. Knowlin et al |
| 21-1470 | Schmill v. Metropolitan Life Insurance Company |
| 21-1473 | Raines v. Seabulk Towing Services, Inc. |
| 21-1476 | Gray v. Meyers |
| 21-1532 | Perrilloux v. Kubota Corporation et al |
| 21-1590 | Manuel v. Patterson et al |
| 21-1597 | North v. Lowe's Home Center, LLC |
| 21-1635 | Chaisson v. Hilcorp Energy Company |
| 21-1656 | Billiu v. Sea Support Services, LLC et al |
| 21-1660 | Dials v. Phillips 66 Company et al |
| 21-1672 | Alexander v. Daigle Towing Service, L.L.C. et al |
| 21-1723 | Johnson v. Winn-Dixie Montgomery, LLC et al |
| 21-1726 | Allstate Indemnity Company v. Whirlpool Corporation et al |
| 21-1742 | Waveland Services, Inc. et al v. Caswell et al |
| 21-1778 | CSX Transportation, Inc. v. Devall Towing & Boat Service, Inc. et al |

| 21-1824 | Dillon v. Lafourche Parish et al |
|---------|----------------------------------|
| 21-1884 | Fank v. Walmart Inc., et al |
| 21-1928 | Russell v. Walmart Inc. |
| 21-1961 | Cagle v. Wal-Mart Louisiana, L.L.C. et al |
| 21-1970 | Morales v. Big Lots Stores, Inc. |
| 21-2015 | Young v. Louisiana State et al |
| 21-2020 | Joe Hand Promotions, Inc. v. Ponchatoula Pub, Inc. et al |
| 21-2055 | Hyde et al v. Boston Scientific Corporation |
| 21-2064 | City of Kenner v. Certain Underwriters at LLoyd's, London et al |
| 21-2072 | Buckley v. United Parcel Service of America et al |
| 21-2077 | Kahn et al v. Schneider et al |
| 21-2173 | Dixon v. Social Security Administration |
| 21-2181 | Stevenson v. Avis Car Rental |
| 21-2242 | G.K. v. D.M. |
| 21-2245 | Borne v. Forest River, Inc. |
| 21-2246 | Beard v. Ammari Holdings, LLC et al |

| | |
|---|---|
| 21-2253 | Price v. Galliano Marine Service, L.L.C. |
| 21-2265 | Sheriff v. Allstate Insurance Company |
| 21-2269 | Vanguard Marine Inc. v. Bunge North America, Inc. |
| 21-2301 | Giovingo v. Gordon Biersch Brewery Restaurant et al |
| 21-2310 | Harrison v. Vici Properties, Inc. et al |
| 21-2333 | Hospitality Holding of LA, LLC v. Underwriters at Lloyd's London |
| 21-2340 | Walker v. Lancer Insurance Company et al |
| 21-2351 | Lee et al v. Cruz et al |
| 21-2355 | Guevara v. ARO Solutions LLC et al |
| 21-2362 | Ratley v. Beck et al |
| 21-2369 | Myers v. Lyft, Inc. et al |
| 21-2400 | Tibbetts v. 3M Company et al |
| 21-2407 | Woodson v. Waffle House, Inc. |
| 22-26 | Kent v. Southern Towing Company, LLC |
| 22-67 | Garcia v. Dynamic Industries, Inc. et al |
| 22-84 | Price v. Eagle, Inc. et al |

| | |
|---|---|
| 22-111 | Filsinger v. Voodoo Fishing Charters, LLC |
| | |
| 22-121 | Lookadoo v. Winn-Dixie Stores, Inc. et al |
| | |
| 22-145 | Hess Corporation v. Marathon Oil Corporation |
| | |
| 22-161 | Voelkel et al v. Progressive Hawaii Insurance Corp et al |
| | |
| 22-165 | DeJean v. Jefferson Parish Sheriff Office |

New Orleans, Louisiana, this __28th__ day of January, 2022.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**