**CLERK'S REALLOTMENT CASE LIST**

**CRIMINAL ACTION CASES:**

| Case Number and Title: | Reallotted to: |
|---|---|
| | |
| 78-285    USA v. Manuel Javier Restrepo | **SECT. A** |
| | |
| 83-166    USA v. Thomas Paul Gray, et al | **SECT. E** |
| | |
| 84-360    USA v. Frankie Lee Kinchen, et al | **SECT. R** |
| | |
| 86-182    USA v. Frederick A. Pou, Jr. | **SECT. T** |
| | |
| 87-200    USA v. Louis Solares, et al | **SECT. M** |
| | |
| 87-465    USA v. Anthony Joseph Varca, et al | **SECT. H** |
| | |
| 92-210    USA v. Manuel Francisco Rebolledo Tenorio, et al | **SECT. G** |
| | |
| 98-175    USA v. Terrance Kasses Washington, et al | **SECT. E** |
| | |
| 99-354    USA v. Gregory Joseph Hernandez, et al | **SECT. G** |
| | |
| 00-316    USA v. Evaristus B. Mackey, Jr.  *(closed case)* | **SECT. D** |
| | |
| 07-143    USA v. William Reed  *(closed case)* | **SECT. R** |
| | |
| 03-346    USA v. Brian Nickles  *(closed case)* | **SECT. J** |
| | |
| 09-46    USA v. Kenwuane Moore, et al  *(closed case)* | **SECT. L** |
| | |
| 09-166    USA v. Tehran Michael Wills, et al  *(closed case)* | **SECT. B** |
| | |

1

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| | |
| 09-398      USA v. Tony Simmons, et al  *(closed case)* | **SECT. J** |
| *Related Civil Case*<br>20-2619      Theron Jones v. USA  *(28 U.S.C. 2255)* | **SECT. J** |
| | |
| 12-259      USA v. Lance Givens, et al  *(closed case)* | **SECT. D** |
| | |
| 13-104      USA v. Terrill Baker  *(closed case)* | **SECT. A** |
| | |
| 13-170      USA v. Erick Garrison  *(closed case)* | **SECT. H** |
| | |
| 13-208      USA v. Allison Chriswell, et al  *(closed case)* | **SECT. M** |
| | |
| 14-22      USA v. Peter M. Hoffman, et al  *(closed case)* | **SECT. L** |
| | |
| 17-169      USA v. Tony Lam  *(closed case)* | **SECT. H** |
| | |
| 17-207      USA v. Keith A. James  *(closed case)* | **SECT. T** |
| *Related Civil Case*<br>21-2199      Keith A. James v. USA  *(28 U.S.C. 2255)* | **SECT. T** |
| | |
| 18-211      SEALED | **SECT. H** |
| | |
| 19-25      USA v. Jeffrey Wise, et al | **SECT. J** |
| | |
| 19-38      USA v. Rafael Molina, et al | **SECT. G** |
| | |
| 19-108      USA v. Hakeam Drane, et al | **SECT. I** |
| | |
| 19-214      USA v. Andrew Payton | **SECT. D** |
| | |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| 19-241          USA v. Byron Lackings | **SECT. A** |
| 20-55           USA v. Jason R. Williams, et al | **SECT. I** |
| *Related Criminal Case*<br>20-139          USA v. Nicole E. Burdett | **SECT. I** |
| 20-56           USA v. Demetrius Lamont Fiorentino, Jr. | **SECT. E** |
| 20-111          USA v. Alton Cooks | **SECT. E** |
| 21-3            USA v. Ritchel Morehead | **SECT. L** |
| 21-14           USA v. Christopher May | **SECT. B** |
| 21-30           USA v. Betty Arrington | **SECT. I** |
| 21-43           USA v. Dominic Romano | **SECT. M** |
| 21-100          USA v. Odai Wireless, LLC | **SECT. G** |
| 21-110          USA v. Ashley McGowan, et al | **SECT. R** |
| 21-120          USA v. Brian Tardy | **SECT. M** |
| 21-142          USA v. Nelson Raymond | **SECT. D** |
| 21-150          USA v. Calvin Batiste | **SECT. T** |
| 21-151          SEALED | **SECT. A** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| | |
| 21-162      USA v. Travis Carter | **SECT. J** |
| | |
| 22-8      SEALED | **SECT. L** |

## CIVIL ACTION CASES:

| Case Number and Title: | Reallotted to: |
|---|---|
| | |
| 65-16173      Banks et al v. St James Parish School Board et al | **SECT. R** |
| | |
| 11-1200      Hebert v. BP America, Inc. et al | **SECT. E** |
| | |
| 13-1018      Keller v. BP Exploration & Production, Inc. et al | **SECT. I** |
| | |
| 13-1802      DeAgano et al v. BP Exploration & Production, Inc et al | **SECT. A** |
| | |
| 13-3928      Kendrick v. BP Exploration & Production Inc et al | **SECT. B** |
| | |
| 17-2674      Granier v. BP p.l.c. et al | **SECT. L** |
| | |
| 17-3020      Anderson v. BP Exploration & Production, Inc. et al | **SECT. B** |
| | |
| 17-3054      Bowens v. BP Exploration & Production, Inc. et al | **SECT. R** |
| | |
| 17-3087      Broadway v. BP Exploration & Production, Inc. et al | **SECT. H** |
| | |
| 17-3128      Coleman v. BP Exploration & Production, Inc. et al | **SECT. M** |
| | |
| 17-3139      Darrington v. BP Exploration & Production, Inc. et al | **SECT. B** |
| | |
| 17-3225      Turner v. BP Exploration & Production, Inc. et al | **SECT. I** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | | Reallotted to: |
|---|---|---|
| 17-3230 | Wynne et al v. BP Exploration & Production, Inc. et al | **SECT. G** |
| 17-3232 | Howell v. BP America Production Company et al | **SECT. R** |
| 17-3265 | Harris v. BP Exploration & Production, Inc. et al | **SECT. H** |
| 17-3267 | Harris v. BP Exploration & Production, Inc. et al | **SECT. I** |
| 17-3291 | Huynh v. BP Exploration & Production, Inc. et al | **SECT. I** |
| 17-3294 | Jackson v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-3299 | Jackson v. BP Exploration & Production, Inc. et al | **SECT. G** |
| 17-3300 | Jacobs v. BP Exploration & Production, Inc. et al | **SECT. A** |
| 17-3314 | Kenner v. BP Exploration & Production, Inc. et al | **SECT. G** |
| 17-3320 | Lawton v. BP Exploration & Production, Inc. et al | **SECT. E** |
| 17-3324 | Leverette v. BP Exploration & Production, Inc. et al | **SECT. A** |
| 17-3379 | McClendon v. BP Exploration & Production, Inc. et al | **SECT. H** |
| 17-3396 | McMillan v. BP Exploration & Production, Inc. et al | **SECT. B** |
| 17-3400 | Minton v. BP Exploration & Production, Inc. et al | **SECT. L** |
| 17-3443 | Abdelfattah v. BP Exploration & Production, Inc. et al | **SECT. H** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | | Reallotted to: |
| --- | --- | --- |
| 17-3510 | Brister v. BP Exploration & Production, Inc. et al | **SECT. M** |
| 17-3527 | Crumpton v. BP Exploration & Production, Inc. et al | **SECT. A** |
| 17-3573 | Moore v. BP Exploration & Production, Inc. et al | **SECT. G** |
| 17-3576 | Moore v. BP Exploration & Production, Inc. et al | **SECT. D** |
| 17-3598 | Peschlow v. BP Exploration & Production, Inc. et al | **SECT. H** |
| 17-3634 | Bean v. BP Exploration & Production, Inc. et al | **SECT. B** |
| 17-3646 | Chatman v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-3650 | Conley v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-3990 | Fleming v. BP Exploration & Production, Inc. et al | **SECT. L** |
| 17-3996 | Giusti v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-4072 | McKay v. BP Exploration & Production, Inc. et al | **SECT. M** |
| 17-4076 | O'Neal v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-4077 | Packer v. BP Exploration & Production, Inc. et al | **SECT. R** |
| 17-4142 | Brown v. BP Exploration & Production, Inc. et al | **SECT. H** |
| 17-4224 | Wells v. BP Exploration & Production, Inc. et al | **SECT. I** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| 17-4240   Woodland v. BP Exploration & Production, Inc. et al | **SECT. A** |
| 17-4250   Smith v. BP Exploration & Production, Inc. et al | **SECT. L** |
| 17-4254   Spencer v. BP Exploration & Production, Inc. et al | **SECT. A** |
| 17-4267   Toler v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-4277   Williams v. BP Exploration & Production, Inc. et al | **SECT. G** |
| 17-4281   Phillips v. BP Exploration & Production, Inc. et al | **SECT. E** |
| 17-4298   Watts v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-4313   Davis v. BP Exploration & Production, Inc. et al | **SECT. A** |
| 17-4335   Graves v. BP Exploration & Production, Inc. et al | **SECT. I** |
| 17-4336   Gray v. BP Exploration & Production, Inc. et al | **SECT. D** |
| 17-4350   Haynes v. BP Exploration & Production, Inc. et al | **SECT. R** |
| 17-4357   Hinton v. BP Exploration & Production, Inc. et al | **SECT. H** |
| 17-4365   Isom v. BP Exploration & Production, Inc. et al | **SECT. D** |
| 17-4383   Jones v. BP Exploration & Production, Inc. et al | **SECT. I** |
| 17-4391   Kirkland v. BP Exploration & Production, Inc. et al | **SECT. G** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| 17-4424       Martin vs. BP Exploration & Production, Inc., et al | **SECT. I** |
| 17-4448       Mills v. BP Exploration & Production, Inc. et al | **SECT. L** |
| 17-4536       Robinson v. BP Exploration & Production, Inc. et al | **SECT. L** |
| 17-4554       Scott et al v. BP Exploration & Production, Inc. et al | **SECT. H** |
| 17-4586       Smith v. BP Exploration & Production, Inc. et al | **SECT. E** |
| 17-4597       Willis v. BP Exploration & Production, Inc. et al | **SECT. T** |
| 17-4611       Thompson v. BP Exploration & Production, Inc. et al | **SECT. B** |
| 17-4645       Walker v. BP Exploration & Production, Inc. et al | **SECT. I** |
| 17-7668       Taylor et al v. Denka Performance Elastomer LLC et al | **SECT. H** |
| *Consolidated with*<br>18-5739       Gerard v. Denka Performance Elastomer LLC et al  *(closed case)* | **SECT. H** |
| 17-9703       Richard v. St Tammany Parish Sheriff Department | **SECT. G** |
| 18-2851       Turner et al v. Cook et al | **SECT. L** |
| 18-4026       In Re: Carriere   *(closed case)* | **SECT. A** |
| *Consolidated with*<br>18-10089       Taylor et al v. Fulton et al | **SECT. A** |
| 18-5217       Plaquemines Parish v. Riverwood Production Company, Inc., et al *(closed case)* | **SECT. H** |

8

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | | Reallotted to: |
|---|---|---|
| 18-6685 | Butler v. Denka Performance Elastomer LLC et al | **SECT. M** |
| 18-9112 | SEALED | **SECT. T** |
| 18-11661 | Hughes v. Vannoy et al  *(closed case)* | **SECT. G** |
| 19-9310 | White v. Dynamic Industries, Inc. | **SECT. E** |
| 19-11106 | Thames v. Marquette Transportation Company Offshore, LLC | **SECT. L** |
| 19-11202 | Ramos v. Iron Mountain Secure Shredding, Inc. et al | **SECT. L** |
| 19-11686 | Jenkins v. BP Exploration & Production, Inc. et al | **SECT. M** |
| 19-11954 | Mullen v. Daigle Towing Service, LLC | **SECT. E** |
| 19-12233 | Guidry et al v. Dow Chemical Company et al | **SECT. G** |
| 19-12633 | Orleans Shoring, LLC v. E. Cornell Malone Corp. et al | **SECT. M** |
| 19-13298 | Mitchell et al v. Parish of Jefferson et al | **SECT. H** |
| 19-13381 | Bridges et al v. Guy et al | **SECT. L** |
| 19-13929 | Ross v. Ports America Gulfport, Inc. et al | **SECT. A** |
| 19-13949 | Johnson, et al v. Gusman, et al | **SECT. D** |
| 19-13950 | Riley v. Cantrell, et al | **SECT. M** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| 20-48    Fradella et al v. Dillard Department Stores, Inc. | **SECT. A** |
| 20-214    Schambach et al v. Mandeville City et al | **SECT. G** |
| 20-293    In Re: In the Matter of Callais & Sons, LLC | **SECT. E** |
| 20-414    Caytrans Project Services Americas, Ltd v. BBC Chartering & Logistics GmbH & Co. KG | **SECT. R** |
| 20-633    SEALED | **SECT. L** |
| 20-757    United States of America v. Favalora Constructors, Inc. | **SECT. E** |
| 20-1173    Minckler v. Waterman Steamship Corporation et al | **SECT. G** |
| 20-1671    Simmons v. United States of America | **SECT. T** |
| 20-2259    Turner v. Grand Isle Shipyard, LLC et al | **SECT. I** |
| 20-2313    Cayce v. BP Exploration & Production, Inc. et al | **SECT. M** |
| 20-2323    Acosta et al v. Denka Performance Elastomer LLC et al | **SECT. A** |
| 20-2440    De Souza v. LVNV Funding LLC | **SECT. T** |
| 20-2503    Wyatt v. Union Pacific Railroad Company | **SECT. D** |
| 20-2546    Lewis v Marriott Corporation et al | **SECT. L** |
| 20-2641    Singleton v. Honeycutt et al | **SECT. I** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| 20-2768      Dabney et al v. United Services Automobile Association | **SECT. D** |
| 20-2813      Fikes v. Regional Freightways, LLC et al | **SECT. E** |
| 20-2879      Twiggs v. University of Holy Cross | **SECT. D** |
| 20-2920      Courcelle v. Social Security Administration | **SECT. M** |
| 20-3012      Turn Services, L.L.C. v. Gulf South Marine Transportation, Inc. | **SECT. D** |
| 20-3147      Barrosse v. National Railroad Passenger Corporation, et al | **SECT. G** |
| 20-3192      Kingsbery v. David Paddison, Attorney-at-Law LLC et al | **SECT. I** |
| 21-17      Bilderback v. Hartford Life and Accident Insurance Company | **SECT. I** |
| 21-35      Levens v. Gaspard et al | **SECT. J** |
| 21-80      Lou et al v. Lopinto et al | **SECT. D** |
| 21-109      Galan v. Deepwater Horizon Medical Benefits Settlement Claims Administrator et al | **SECT. J** |
| 21-184      Young v. Richard et al | **SECT. A** |
| 21-245      Morris v. Progressive Casualty Insurance Company | **SECT. R** |
| 21-254      Doucet v. Vannoy et al | **SECT. M** |
| 21-298      Starks v. PC Baywood, LLC et al | **SECT. T** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | | Reallotted to: |
|---|---|---|
| 21-356 | Bryant v. Aetna Life Insurance Company | **SECT. J** |
| 21-364 | Doe v. Administrators of the Tulane Educational Fund | **SECT. B** |
| 21-444 | Utopian Wireless Corporation v. Assumption High School et al | **SECT. D** |
| 21-485 | Wright v. Louisiana State et al | **SECT. M** |
| 21-493 | Townley v. Forest River, Inc. et al | **SECT. D** |
| 21-609 | Hatty v. Children's International, L.L.C. | **SECT. R** |
| 21-646 | Mohammed v. Williams et al | **SECT. I** |
| 21-664 | Turner v. Board of Supervisors of the University of Louisiana System et al | **SECT. J** |
| 21-840 | Cooley v. Social Security Administration | **SECT. T** |
| 21-993 | Strickney v. DMC Towing, LLC et al | **SECT. H** |
| 21-999 | Verret v. Low Land Construction Co., Inc. | **SECT. R** |
| 21-1028 | Arrowood Indemnity Company v. St. Joseph's Roman Catholic Church | **SECT. M** |
| 21-1205 | Lasage v. Meyers | **SECT. R** |
| 21-1251 | AMCO Insurance Company v. P.F. Chang's China Bistro, Inc. | **SECT. D** |
| 21-1266 | Williams v. Enterprise Offshore Drilling, LLC | **SECT. I** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
| --- | --- |
| | |
| 21-1282     Jolla v. DG Louisiana, LLC et al | **SECT. A** |
| | |
| 21-1338     Adams et al v. Amec Foster Wheeler USA Corporation et al | **SECT. L** |
| | |
| 21-1346     Clement v. Crosby Tugs, LLC et al | **SECT. R** |
| | |
| 21-1349     In Re: In the Matter of Cenac Towing Co., LLC | **SECT. B** |
| *Consolidated with*<br>21-1372     In Re: In the Matter of the Complaint of Kirby Inland Marine, LP | **SECT. B** |
| *Consolidated with*<br>21-1406     In Re: In the Matter of Florida Marine, LLC | **SECT. B** |
| | |
| 21-1419     Lawson v. BP Exploration & Production, Inc. et al | **SECT. J** |
| | |
| 21-1422     Guillotte v. Knowlin et al | **SECT. J** |
| | |
| 21-1470     Schmill v. Metropolitan Life Insurance Company | **SECT. M** |
| | |
| 21-1473     Raines v. Seabulk Towing Services, Inc. | **SECT. D** |
| | |
| 21-1476     Gray v. Meyers | **SECT. M** |
| | |
| 21-1532     Perrilloux v. Kubota Corporation et al | **SECT. J** |
| | |
| 21-1590     Manuel v. Patterson et al | **SECT. I** |
| | |
| 21-1597     North v. Lowe's Home Center, LLC | **SECT. H** |
| | |
| 21-1635     Chaisson v. Hilcorp Energy Company | **SECT. E** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | | Reallotted to: |
|---|---|---|
| 21-1656 | Billiu v. Sea Support Services, LLC et al | **SECT. R** |
| 21-1660 | Dials v. Phillips 66 Company et al | **SECT. M** |
| 21-1672 | Alexander v. Daigle Towing Service, L.L.C. et al | **SECT. J** |
| 21-1723 | Johnson v. Winn-Dixie Montgomery, LLC et al | **SECT. E** |
| 21-1726 | Allstate Indemnity Company v. Whirlpool Corporation et al | **SECT. E** |
| 21-1742 | Waveland Services, Inc. et al v. Caswell et al | **SECT. H** |
| 21-1778 | CSX Transportation, Inc. v. Devall Towing & Boat Service, Inc. et al | **SECT. R** |
| 21-1824 | Dillon v. Lafourche Parish et al | **SECT. J** |
| 21-1884 | Fank v. Walmart Inc., et al | **SECT. L** |
| 21-1928 | Russell v. Walmart Inc. | **SECT. R** |
| 21-1961 | Cagle v. Wal-Mart Louisiana, L.L.C. et al | **SECT. D** |
| 21-1970 | Morales v. Big Lots Stores, Inc. | **SECT. D** |
| 21-2015 | Young v. Louisiana State et al | **SECT. E** |
| 21-2020 | Joe Hand Promotions, Inc. v. Ponchatoula Pub, Inc. et al | **SECT. R** |
| 21-2055 | Hyde et al v. Boston Scientific Corporation | **SECT. J** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | Reallotted to: |
|---|---|
| 21-2064   City of Kenner v. Certain Underwriters at LLoyd's, London et al | **SECT. J** |
| 21-2072   Buckley v. United Parcel Service of America et al | **SECT. G** |
| 21-2077   Kahn et al v. Schneider et al | **SECT. L** |
| 21-2173   Dixon v. Social Security Administration | **SECT. E** |
| 21-2181   Stevenson v. Avis Car Rental | **SECT. G** |
| 21-2242   G.K. v. D.M. | **SECT. T** |
| 21-2245   Borne v. Forest River, Inc. | **SECT. D** |
| 21-2246   Beard v. Ammari Holdings, LLC et al | **SECT. A** |
| 21-2253   Price v. Galliano Marine Service, L.L.C. | **SECT. L** |
| 21-2265   Sheriff v. Allstate Insurance Company | **SECT. J** |
| 21-2269   Vanguard Marine Inc. v. Bunge North America, Inc. | **SECT. A** |
| 21-2301   Giovingo v. Gordon Biersch Brewery Restaurant et al | **SECT. B** |
| 21-2310   Harrison v. Vici Properties, Inc. et al | **SECT. R** |
| 21-2333   Hospitality Holding of LA, LLC v. Underwriters at Lloyd's London | **SECT. E** |
| 21-2340   Walker v. Lancer Insurance Company et al | **SECT. M** |

**CLERK'S REALLOTMENT CASE LIST**

| Case Number and Title: | | Reallotted to: |
|---|---|---|
| 21-2351 | Lee et al v. Cruz et al | **SECT. J** |
| 21-2355 | Guevara v. ARO Solutions LLC et al | **SECT. H** |
| 21-2362 | Ratley v. Beck et al | **SECT. J** |
| 21-2369 | Myers v. Lyft, Inc. et al | **SECT. J** |
| 21-2400 | Tibbetts v. 3M Company et al | **SECT. G** |
| 21-2407 | Woodson v. Waffle House, Inc. | **SECT. E** |
| 22-26 | Kent v. Southern Towing Company, LLC | **SECT. T** |
| 22-67 | Garcia v. Dynamic Industries, Inc. et al | **SECT. G** |
| 22-84 | Price v. Eagle, Inc. et al | **SECT. T** |
| 22-111 | Filsinger v. Voodoo Fishing Charters, LLC | **SECT. A** |
| 22-121 | Lookadoo v. Winn-Dixie Stores, Inc. et al | **SECT. M** |
| 22-145 | Hess Corporation v. Marathon Oil Corporation | **SECT. R** |
| 22-161 | Voelkel et al v. Progressive Hawaii Insurance Corp et al | **SECT. D** |
| 22-165 | DeJean v. Jefferson Parish Sheriff Office | **SECT. L** |