UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UTOPIAN WIRELESS CORPORATION | * | CIVIL ACTION NO. 2:21-cv-444 F (2) |
| VERSUS | * | JUDGE WENDY B. VITTER |
| ASSUMPTION HIGH SCHOOL AND ASSUMPTION PARISH SCHOOL BOARD | * * | MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT |

DEFENDANTS, ASSUMPTION PARISH HIGH SCHOOL AND ASSUMPTION PARISH SCHOOL BOARD, EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes Defendants, Assumption Parish High School and Assumption Parish School Board who submits the following exhibit list:

1. Affidavit of Rudolph J. Geist;

2. Assumption Parish School Board Contract with Utopian Wireless Corporation;

3. Any and all emails and/or written communication between Assumption Parish School Board and Utopian Wireless Corporation;

4. All filings and documents pertaining to the EBS licenses with the FCC;

5. Answers to Interrogatories and/or Response to Request for Production and/or Response to Request for Admissions as well as any other discovery filed of record by any party to these proceedings;

6. Any and all reports, legal decisions, professional literature, legal journals, law review articles, data, diagrams, manuals, texts, records, rules, regulations, drawings and/or diagram sketches, charts, videos, or slides utilized by any witness in connection with their testimony; and

7. Any exhibit listed by any other party to this litigation.

Defendant reserves the right to list additional exhibits depending upon the development at the pre-trial conference upon giving notice to the Court and all counsel at least thirty (30) days prior to trial.

                    Respectfully submitted,

                    s/ Patrick M. Amedee

                    _____
                    PATRICK M. AMEDEE #02448
                    CATHERINE MASTERSON #32575
                    JOSEPH Z. LANDRY #37762
                    627 Jackson Street, Suite B (70301)
                    P. O. Box 1092
                    Thibodaux, LA  70302-1092
                    (985) 446-4811 (Telephone)
                    (985) 446-4846 (Facsimile)

## **C E R T I F I C A T E**

I hereby certify that I have provided a copy of the foregoing to all counsel though the CM/ECF system this 4th day of February, 2022.

                    s/ Patrick M. Amedee

                    _____
                    PATRICK M. AMEDEE