**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UTOPIAN WIRELESS CORPORATION** | * | **CIVIL ACTION NO. 2:21-cv-444 F (2)** |
| **VERSUS** | * | **JUDGE WENDY B. VITTER** |
| **ASSUMPTION HIGH SCHOOL AND ASSUMPTION PARISH SCHOOL BOARD** | * * | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

DEFENDANTS, ASSUMPTION PARISH HIGH SCHOOL AND ASSUMPTION PARISH SCHOOL BOARD, WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Defendants, Assumption Parish High School and Assumption Parish School Board who submits the following witness list:

1. Earl "Tibby" Martinez- Former Assumption Parish School Board Superintendent;

2. John Barthelemy-Current Assumption Parish School Board Superintendent;

3. Malissa Boudreaux- Former Assumption Parish School Board Director of Business Services;

4. Anya Randle- Current Assumption Parish School Board Director of Business Services;

5. Joshua Naquin- Current Assumption Parish School Board Technology Supervisor;

6. Rudolph J. Geist- Utopian Wireless Corporation;

7. Norman Liu-Utopian Wireless Corporation;

8. Any witness who may be listed or called by any party to this litigation; and

9. Impeachment witnesses are not listed herein, but defendant reserves the right to call unlisted witnesses in that portion of this case.

Defendant reserves the right to list additional witnesses depending upon the development at the pre-trial conference upon giving notice to the Court and all counsel at least thirty (30) days prior to trial.

          Respectfully submitted,

          s/ Patrick M. Amedee

          _____
          PATRICK M. AMEDEE #02448
          CATHERINE MASTERSON #32575
          JOSEPH Z. LANDRY #37762
          627 Jackson Street, Suite B (70301)
          P. O. Box 1092
          Thibodaux, LA  70302-1092
          (985) 446-4811 (Telephone)
          (985) 446-4846 (Facsimile)

## **C E R T I F I C A T E**

I hereby certify that I have provided a copy of the foregoing to all counsel though the CM/ECF system this 4th day of February, 2022.

          s/ Patrick M. Amedee

          _____
          PATRICK M. AMEDEE