UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:21-CV-444 D (3)** |
| **ASSUMPTION HIGH SCHOOL and ASSUMPTION PARISH SCHOOL BOARD** | **JUDGE WENDY B. VITTER**<br><br>**MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

**PRELIMINARY WITNESS AND EXHIBIT LIST**

Pursuant to the Scheduling Order [R. Doc. 20], Plaintiff, Utopian Wireless Corporation ("Utopian"), submits the following list of Witnesses and Exhibits that it may call and/or introduce at the trial of this matter:

**WITNESSES**

1. **Rudolph Geist (fact)**
   c/o Ryan O. Luminais
   Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
   909 Poydras Street, 28th Floor
   New Orleans, Louisiana 70112
   (504) 299-2100

   Mr. Geist may have knowledge regarding the formation and execution of the Educational Broadband Service Lease Agreement, the parties' performance(s) under the Lease, Defendants' default under the Lease, and all communications between Utopian and Defendants regarding the Lease.

2. **Norman Liu (fact)**
   c/o Ryan O. Luminais
   Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
   909 Poydras Street, 28th Floor
   New Orleans, Louisiana 70112
   (504) 299-2100

   Mr. Liu may have knowledge regarding the parties' performance(s) under the Lease, Defendants' default under the Lease, and all communications between Utopian and Defendants regarding the Lease.

3. **Anya Randle (fact)**
   Assumption Parish School District
   4901 Hwy. 308
   Napoleonville, LA 70390
   (985) 369-7251

   Ms. Randle may have knowledge regarding the formation and execution of the Educational Broadband Service Lease Agreement, the parties' performance(s) under the Lease, Defendants' default under the Lease, and all communications between Utopian and Defendants regarding the Lease.

4. **Malissa Boudreaux (fact)**
   Assumption Parish School District
   4901 Hwy. 308
   Napoleonville, LA 70390

   Ms. Boudreaux may have knowledge regarding the formation and execution of the Educational Broadband Service Lease Agreement and the parties' performance(s) under the Lease.

5. **Joshua Naquin (fact)**
   Assumption Parish School District
   4901 Hwy. 308
   Napoleonville, LA 70390

   Mr. Naquin may have knowledge regarding the parties' performance(s) under the Educational Broadband Service Lease Agreement, Defendants' default under the Lease, and all communications between Utopian and Defendants regarding the Lease.

6. **Earl T. Martinez (fact)**
   Assumption Parish School District
   4901 Hwy. 308
   Napoleonville, LA 70390

   Mr. Martinez may have knowledge regarding the formation and execution of the Educational Broadband Service Lease Agreement, the parties' performance(s) under the Lease, and all communications between Utopian and Defendants regarding the Lease.

7. **John Barthelemy (fact)**
   Assumption Parish School District
   4901 Hwy. 308
   Napoleonville, LA 70390

        Mr. Barthelemy may have knowledge regarding the parties' performance(s) under the Educational Broadband Service Lease Agreement, Defendants' default under the Lease, and all communications between Utopian and Defendants regarding the Lease.

8. **Michael Alcamo (fact)**
M.C. Alcamo & Co., Inc.
750 Third Avenue, Suite 900
New York, N.Y. 10017
(646) 641-3004

        Mr. Alcamo may have knowledge regarding the parties' performance(s) under the Educational Broadband Service Lease Agreement and Defendants' default under the Lease.

9. A corporate representative of Utopian.

10. Any witness listed by Defendants.

11. Any witness needed for authentication purposes.

## **EXHIBITS**

1. The Educational Broadband Service Lease Agreement, dated December 21, 2007. UTOPIAN 2-15.

2. Communication from Utopian to Defendants regarding office change, dated February 13, 2008. UTOPIAN 1.

3. Communication from Utopian to Defendants enclosing lease payment, dated October 25, 2020. UTOPIAN 16.

4. Copy of check lease payment from Utopian to Defendants send on October 25, 2020. UTOPIAN 17.

5. Communication from Utopian to Defendants regarding filing of FCC Form 608, dated January 22, 2020. UTOPIAN 18.

6. Communication from Utopian to Defendants regarding filing of FCC Form 608, dated December 2, 2020. UTOPIAN 19-20.

7. Copy of FCC Form 608. UTOPIAN 21-32.

8. Communication from Defendants to Utopian regarding FCC Form 608, dated March 19, 2008. UTOPIAN 33-34.

9. Communication between Defendants and Utopian regarding FCC Form 608, dated October 13, 2011. UTOPIAN 35-37, 49-50.

10. All documents produced by Utopian.

11. All documents produced by Defendants.

Utopian reserves the right to supplement and/or amend this Preliminary Witness and Exhibit list.

Respectfully submitted,

/s/ *James M. Garner*
JAMES M. GARNER, #19589
RYAN O. LUMINAIS #30605
CURTIS J. CASE #39413
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
rluminais@shergarner.com
ccase@shergarner.com
**ATTORNEYS FOR PLAINTIFF, UTOPIAN WIRELESS CORPORATION**

4

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading has been filed in the Court's EC/CMF system this 4th day of February 2022 and thus, notifications of service have been sent to all counsel of record.

/s/ *James M. Garner*
JAMES M. GARNER