MINUTE ENTRY
VITTER, J.
FEBRUARY 14, 2022
JS10, 0:20

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UTOPIAN WIRELESS CORPORATION | CIVIL ACTION |
| VERSUS | NO. 21-444-WBV-DPC |
| ASSUMPTION HIGH SCHOOL, ET AL. | SECTION: D (2) |

<u>**TELEPHONE STATUS CONFERENCE REPORT**</u>

On February 14, 2022, at the Court's request, the Court held a Telephone Status Conference in this matter.

**PRESENT:**

> **Ryan O. Luminais**
> Counsel for Plaintiff, Utopian Wireless Corporation
>
> **Patrick M. Amedee**
> Counsel for Defendants, Assumption High School and Assumption Parish School Board

During the conference, the Court discussed with counsel the status of the case and disclosed a prior, professional relationship with counsel for the Plaintiff. The Court advised all counsel that it believes it can be fair and impartial in this matter. Defense counsel voiced no objection to the Court remaining on this case.

The deadlines in the Court's Scheduling Order (R. Doc. 20) remain in effect.

New Orleans, Louisiana, February 14, 2022.

_____
**WENDY B. VITTER**
**United States District Judge**