UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 2:21-CV-444 D (3)** |
| **ASSUMPTION HIGH SCHOOL and ASSUMPTION PARISH SCHOOL BOARD** | **JUDGE WENDY B. VITTER** <br><br> **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT** |

## JOINT MOTION TO CONTINUE PRE-TRIAL DEADLINES

Plaintiff, Utopian Wireless Corporation, and Defendants, Assumption High School and Assumption Parish School Board, jointly move this Court to continue the remaining pre-trial deadlines and the trial date as set forth in the Scheduling Order. R. Doc. 20. As demonstrated below, good cause warrants the continuance:

Honorable Martin Feldman, the judge initially assigned to this case, issued a scheduling order on August 10, 2021. R. Doc. 20. The Scheduling Order requires that all pre-trial motions be filed and served in sufficient time to permit hearing thereon no later than March 23, 2022. *Id*. The Scheduling Order also indicated that a settlement conference would be scheduled in this matter. *Id*. This case was subsequently reassigned to this Court on January 31, 2022, following the passing of Honorable Martin Feldman. R. Doc. 22. This Court held a telephone conference with the parties on February 14, 2022 (R. Doc. 27), wherein this Court instructed the parties to participate in a settlement conference with Magistrate Judge Currault as soon as possible so that the parties could attempt to lessen the fees and expenses involved in engaging in additional discovery prior to a settlement conference.

Due to scheduling conflicts, the earliest date the parties could set the scheduling conference was April 8, 2022. An order was entered on February 23, 2022, setting the settlement conference

1

for April 8, 2022. R. Doc. 28. Considering the discovery deadline (March 11, 2022), the deadline to file pre-trial motions (March 7, 2022), the pre-trial conference (April 8, 2022) and other pre-trial deadlines fall on or before the date of the settlement conference, good cause exists to continue all remaining pre-trial deadlines and the trial date in this matter, which is approximately two weeks after the settlement conference.

For these reasons, the parties jointly move this Court to continue the remaining pre-trial deadlines and the trial date in this matter.

/s/ James M. Garner
JAMES M. GARNER, #19589
RYAN O. LUMINAIS #30605
CURTIS J. CASE #39413
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
rluminais@shergarner.com
ccase@shergarner.com
**ATTORNEYS FOR PLAINTIFF, UTOPIAN WIRELESS CORPORATION**

-and-

/s/ Patrick M. Amedee
PATRICK M. AMEDEE, #02448
CATHERINE MASTERSON, #32575
JOSEPH Z. LANDRY, #37762
627 Jackson Street, Suite B (70301)
P.O. Box 1092
Thibodaux, Louisiana  70302-1092
(985) 446-4811 (Telephone)
(985) 446-4846 (Fascimile)
**ATTORNEYS FOR DEFENDANTS, ASSUMPTION HIGH SCHOOL AND ASSUMPTION PARISH SCHOOL BOAR**