UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-444-WBV-DPC** |
| **ASSUMPTION HIGH SCHOOL, ET AL.** | **SECTION: D (2)** |

## ORDER

Considering the Joint Motion to Continue Pre-Trial Deadlines (R. Doc. 29), and finding that good exists under Fed. R. Civ. P. 16 to amend the Scheduling Order (R. Doc. 20);

**IT IS HEREBY ORDERED** that the Motion is **GRANTED.** A telephone scheduling conference is hereby set for March 23, 2022, at 1:30 p.m. with the case manager to select a new trial date and new pre-trial deadlines.

New Orleans, Louisiana, February 25, 2022.

_____
**WENDY B. VITTER**
**United States District Judge**