UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UTOPIAN WIRELESS CORPORATION        CIVIL ACTION

VERSUS                              NO. 21-444

ASSUMPTION HIGH SCHOOL, ET AL       SECTION: D (2)

AMENDED SCHEDULING ORDER

A Scheduling Conference was held March 30, 2022. All other deadlines set forth in the court's previous Scheduling Order, R. Doc. 20, remain in effect with the exception of the deadlines contained herein.

Participating were:

Ryan Luminais for plaintiff,

Patrick Amedee for defendants.

Depositions for trial use shall be taken and all discovery shall be completed no later than **August 29, 2022**. This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules and/or Local Rules of this Court are established.

All non-evidentiary pretrial motions, including Motions for Summary Judgment and Motions *in limine* regarding the admissibility of expert testimony, shall be filed in sufficient time to permit a submission date of **September 20, 2022.** This Section adheres to Local Rule 78.1 regarding oral argument on motions. **The parties should ONLY submit pertinent pages of deposition transcripts.**

**Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine* shall be filed by **October 20, 2022** and responses thereto shall be filed by **October 25, 2022**. Motions in Limine shall follow the deadlines as indicated above regardless of submission dates which may be issued by the Clerk of Court upon filing.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-368 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF. During any closure of the Courthouse, counsel should contact chambers *prior to making any binders of exhibits* to determine how best to deliver copies of pleadings or exhibits to the Court. Counsel shall be prepared to provide all exhibits in an electronic format to the Court as well as to be prepared to provide exhibits electronically to witnesses during trial.

THE PARTIES MUST ATTEND A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE. THE PARTIES MUST CONTACT THE ASSIGNED MAGISTRATE JUDGE AT LEAST SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR

**THE PURPOSE OF SCHEDULING THE MANDATORY SETTLEMENT CONFERENCE. THAT CONFERENCE MUST BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE. COUNSEL ARE ENCOURAGED TO REQUEST ANY OTHER SETTLEMENT CONFERENCE WITH THE MAGISTRATE JUDGE OR ANY OUTSIDE MEDIATOR DURING THE PENDENCY OF THE CASE AS THEY BELIEVE MAY BE PRODUCTIVE.**

A Final Pretrial Conference will be held on **October 27, 2022 at 10:00 a.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The joint pretrial order must be electronically filed with the Court by 12:00 p.m. five (5) work days prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **TUESDAY, November 15, 2022 at 9:00 a.m.** before the District Judge without a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last three (3) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will not be automatically extended, unless otherwise ordered by the Court.

**PLEASE BE ADVISED THAT GRANTING A CONTINUANCE DOES NOT AUTOMATICALLY EXTEND OTHER DEADLINES.**

New Orleans, Louisiana, this  30th  day of  March , 2022.

*Wendy B Vitter*
_____
WENDY B. VITTER
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UTOPIAN WIRELESS CORPORATION | CIVIL ACTION |
| VERSUS | NO. 21-444 |
| ASSUMPTION HIGH SCHOOL, ET AL | SECTION: D (2) |

**ADDENDUM TO SCHEDULING ORDER**

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried.  Additionally, each party shall make specific reference to record evidence supporting its statement of material facts.  Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference.  Record evidence not specifically referred to by the parties may not be considered by the Court.