MINUTE ENTRY
CURRAULT, M.J.
April 8, 2022
MJSTAR: 3:31

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UTOPIAN WIRELESS CORPORATION | * | CIVIL ACTION |
| | * | NO. 21-444 |
| VERSUS | | |
| | * | SECTION "D" (2) |
| ASSUMPTION HIGH SCHOOL, ET AL. | | |

## ORDER

A settlement conference was conducted on this date before the undersigned magistrate judge. After extensive settlement discussions with the parties and counsel, the parties reached a tentative settlement, contingent on approval by the public-entity Defendants' Boards. Counsel for Defendants and the participating representative all recommend, and will expeditiously seek approval of, the tentative settlement. The material terms of the tentative settlement were recited on the court record, and all parties and their counsel confirmed their agreement to same.

By copy of this Minute Entry, Judge Vitter is advised of the tentative settlement of this matter so that she may enter an appropriate 60-day conditional dismissal order and terminate all pending deadlines, during which time the parties will seek to obtain the necessary approval and consummate the settlement.

New Orleans, Louisiana, this 8th day of April, 2022.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. WENDY B VITTER**