UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UTOPIAN WIRELESS CORPORATION** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-444-WBV-DPC** |
| **ASSUMPTION HIGH SCHOOL, ET AL.** | **SECTION "D" (2)** |

## ORDER OF DISMISSAL

The Court, having been advised by the Magistrate Judge that all of the parties to this action have firmly agreed upon a compromise and settlement of all claims during the April 8, 2022 settlement conference (R. Doc. 35);

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without costs and **WITHOUT PREJUDICE** to the right, upon good cause shown, to reopen the action if settlement is not consummated within a reasonable time. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

New Orleans, Louisiana, April 12, 2022.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**